**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

VINCENT CLEMENT ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED

vs

THE SAKE CLUB INC

*Plaintiff*

*Defendant*

N
COURT DATE & TIME: AT
INDEX #: 1:23-CV-07665-LDH-SJB
DATE FILED: 10/13/2023
Job #: 582346
Client File#

STEIN SAKS, PLLC
ONE UNIVERSITY PLAZA
SUITE 620
HACKENSACK, NJ 07601

CLIENT'S FILE NO.:

**AFFIDAVIT OF SERVICE UPON A CORPORATION**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

I, ERIC RIVERA, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 10/26/2023 at 11:07 AM at 232 E 9TH ST 3RD FL, NEW YORK, NY 10003, deponent served the within SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

by personally delivering to and leaving with MARITZA "DOE" for THE SAKE CLUB INC, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY/Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 36 - 50 Yrs., **Approx Weight**: 131-160 Lbs., **Approx Height**: 5' 4" - 5' 8", **Sex**: Female, **Approx Skin**: Asian, **Approx Hair**: Black
Other: REFUSED TO GIVE LAST NAME.

Sworn to before me on 10/27/23
EUGENE SOKOLOV #01SO0000204
Notary Public State of New York
RICHMOND County, Commission Expires 02/02/2027



ERIC RIVERA
1212873

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373